**EXHIBIT A**

<u>CERTIFICATION PURSUANT TO NY CPLR § 2105</u>

I, James G. Dibbini, an attorney duly licensed to practice law in the State of New York, of the firm of James G. Dibbini & Associates, P.C., attorneys for the Petitioner, hereby attest that I personally compared the attached copy of the Deed recorded on March 7, 2022 to the original and that said reproduction is a true and complete copy of the original, all of which are on file at the Office of the Westchester County Clerk, State of New York.

Dated:   Yonkers, New York
        March 15, 2022

                                       _____
                                         James G. Dibbini, Esq.

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*620043403DED002M*

## Westchester County Recording & Endorsement Page

### Submitter Information

| | | | |
|---|---|---|---|
| Name: | HIGHLAND TITLE | Phone: | 516-932-6900 |
| Address 1: | 375 N. BROADWAY, SUITE 200 | Fax: | 516-932-0631 |
| Address 2: | | Email: | info@highlandtitleagency.com |
| City/State/Zip: | JERICHO NY 11753 | Reference for Submitter: | HT3633W - 9 Pleasant Avenue |

### Document Details

| | |
|---|---|
| Control Number: 620043403 | Document Type: Deed (DED) |
| Package ID: 2022010400205001003 | Document Page Count: 4 |
| | Total Page Count: 6 |

### Parties

☑ Additional Parties on Continuation page

| | 1st PARTY | | | | 2nd PARTY | |
|---|---|---|---|---|---|---|
| 1: | HSBC BANK USA NA | - Other | | 1: | BRIDGE STONE REALTY LLC | - Other |
| 2: | MORTGAGE PASS-THROUGH CERTIFICATES SERIES 200 | - Other | | 2: | | |

### Property

☐ Additional Properties on Continuation page

| | |
|---|---|
| Street Address: 9 PLEASANT AVE | Tax Designation: 131.13-2-17 |
| City/Town: WHITE PLAINS | Village: |

### Cross- References

☐ Additional Cross-Refs on Continuation page

| | | | |
|---|---|---|---|
| 1: | 2: | 3: | 4: |

### Supporting Documents

1: RP-5217    2: TP-584

### Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $25.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| RPL 291 Notice Fee: | $10.00 |
| Total Recording Fees Paid: | $205.00 |

### Transfer Taxes

| | |
|---|---|
| Consideration: | $317,000.00 |
| Transfer Tax: | $1,268.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 11243 |

### Mortgage Taxes

| | |
|---|---|
| Document Date: | |
| Mortgage Amount: | |
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | $0.00 |

Dwelling Type:              Exempt: ☐

Serial #:

### RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

| | |
|---|---|
| Recorded: | 03/07/2022 at 02:35 PM |
| Control Number: | 620043403 |

Witness my hand and official seal

Timothy C.Idoni
Westchester County Clerk

### Record and Return To

☐ Pick-up at County Clerk's office

Mahandra Persaud, PC
4200 White Plains Road
2nd Floor
Bronx, NY 10466

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*620043403DED002M*

## Westchester County Recording & Endorsement Page

### Document Details

Control Number: **620043403**

Package ID: 2022010400205001003

Document Type: **Deed (DED)**

Document Page Count: 4

Total Page Count: 6

**1st PARTY Addendum**

**2nd PARTY Addendum**

PEOPLES FINANCIAL REALTY MORTGAGE SECURITIES TRUST SERIES 2006-1     Other

# SPECIAL WARRANTY DEED

**THIS INDENTURE**, made the _11_ day of _January_ , _2022_ .

**BETWEEN**

HSBC Bank USA, National Association, as Trustee for the benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 C/O PHH Mortgage Corporation 1 Mortgage Way, Mount Laurel, NJ 08054

party of the first part, and

Bridge Stone Realty LLC, a New York Limited Liability Company
8 Homewood Court, Hartsdale, NY 10530

party of the second part;

**WITNESSETH,** that the party of the first part, in consideration of Ten and 00/100 Dollars ($10.00), lawful money of the United States, paid by the party of the second part, does hereby specially warrant unto the party of the second part, the heirs or successors and assigns of the party of the second part forever:

**See Attached Exhibit A for Legal Description.**

Being and intended to be the property conveyed to Grantor by Referee's Deed Recorded January 29, 2019 in Control Number 583453009.

The subject property is located at: 9 Pleasant Avenue, White Plains, NY 10605

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the costs of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so required.


Title Number HT3633W

"SCHEDULE A"
DESCRIPTION

Page    1

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of White Plains, County of Westchester and State of New York, designated as Lots 77 and 78 on a certain map entitled, "Subdivision Map of Gedney Park, in the City of White Plains, Westchester County, New York", made by Ward Carpenter & Co., Inc., May 21, 1923 and filed in the Westchester County Clerk's Office (formerly Registers's Office) Division of Land Records, on June 19, 1923, as Map No. 2504, being bonded and described as follows:

BEGINNING at a point on the southwesterly side of Pleasant Avenue, distant 100.00 feet northeasterly from the intersection formed by the northeasterly side of Gedney Way with the southwesterly side of Pleasant Avenue, said point also being where the division line between Lots 77 and 72 intersect with the southwesterly side of Pleasant Avenue;

RUNNING THENCE along the division line between Lot 77 and Lots 72, 71 and part of Lot 70 on said map, North 79 degrees, 58 minutes, 00 seconds West 62.11 feet to Lot 66;

RUNNING THENCE along the division line between Lots 77 and 78 and Lots 66, 65 and part of Lot 64 on said map, North 02 degrees, 39 minutes, 30 seconds East 71.28 feet to Lot 79;

RUNNING THENCE along the division line between Lot 78 and Lot 79 on said map, South 78 degrees, 39 minutes, 00 seconds East 92.27 feet to the northwesterly side of Pleasant Avenue;

RUNNING THENCE along the northwesterly, westerly and southwesterly side of Pleasant Avenue, South 29 degrees, 15 minutes, 40 seconds West 63.66 feet to a point and South 10 degrees, 02 minutes, 00 seconds West 8.47 feet to the point and place of BEGINNING.

FOR INFORMATION ONLY:  Said premises being known as and by street address:  9 Pleasant Avenue, White Plains, New York.