**EXHIBIT B**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

FILED ON
_____, 2016
WESTCHESTER
COUNTY CLERK

HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE BENEFIT OF PEOPLE'S
FINANCIAL REALTY MORTGAGE SECURITIES
TRUST, SERIES 2006-1,

      Plaintiff,

 - against -

TODD RUFFALO, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS NOMINEE
FOR PEOPLE'S CHOICE HOME LOAN, INC.,
TODD RUFFALO, JR.,

      Defendants.

DECISION & ORDER

Index. No. 5071-2009

FILED
JUN 14 2016
TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

THORSEN, J.

   In this mortgage foreclosure action, Plaintiff moves for Judgment of Foreclosure and Sale. This Court has considered the following papers on the motion:

1. Notice of Motion, Affirmation in Support and Exhibits A through E attached thereto, Affirmation of Legal Services, Bill of Costs, RPAPL 1304 Affirmation, CPLR §2106 Affirmation;
2. Defendant Todd Ruffalo's Letter dated December 23, 2015; and
3. Defendant Todd Ruffalo's Reply Affidavit and Exhibits A through K attached thereto.

   By Order dated May 5, 2010, the Court (Colabella, J.) granted Plaintiff's motion for, inter alia, summary judgment and an Order of Reference and appointed a referee to ascertain and compute the amount due to Plaintiff. Defendant Todd Ruffalo (hereinafter "defendant") thereafter moved to renew and reargue the Decision and Order granted summary judgment to Plaintiff. The Court (Colabella, J.) denied the motion. Defendant then moved to vacate the prior order granting summary judgment, which was also denied. Subsequently, the referee conducted a hearing and made his report. See, Plaintiff's Exhibit A. Plaintiff now moves for an order for a Final Judgment of Foreclosure and Sale. Defendant opposes the

motion.[1]

As the substantive issues were previously decided on the prior motions with respect to Plaintiff's entitlement to the relief sought and defendant has not raised any new issues before this Court, Plaintiff's motion must be granted.

As such, having read the foregoing papers and due consideration having been given, it is hereby

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff shall serve a copy of the within Decision and Order simultaneously with the Judgment of Foreclosure and Sale on defendant and the Referee within ten (10) days of the date of this Order.

ENTER

Dated: June 14, 2016
New City, New York

_____
HONORABLE ROLF M. THORSEN
Acting Supreme Court Justice

TO: Jonathan Roman, Esq.

---

[1] The assignment of the within motion for Judgment of Foreclosure and Sale to this Court was made on June 3, 2016.