**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

Todd Ruffalo, Jr.
                      Debtor.
-----------------------------------------------------------x
In re

Todd Ruffalo,
                      Debtor.
-----------------------------------------------------------x
In re

Todd Ruffalo,
                      Debtor.
-----------------------------------------------------------x
In re

Todd Ruffalo,
                      Debtor.
-----------------------------------------------------------x

Case No. 22-22479

Chapter 7

Case No. 18-23837

Chapter 7

Case No. 18-22763

Chapter 7

Case No. 17-23530

Chapter 7

## ORDER GRANTING BRIDGE STONE REALTY LLC'S MOTION
## TO DISMISS AND FOR INJUNCTIVE RELIEF AND DENYING DEBTOR'S MOTIONS

Upon the hearing that was held on September 26, 2022, and for the reasons set forth on the record of the hearing *that are incorporated herein by reference*, it is hereby

ORDERED, that Bridge Stone Realty LLC's Motion To Dismiss And For Injunctive Relief (Doc. #14) filed under the case *In re: Todd Ruffalo, Jr.*, Case No.: 22-22479-shl, Chapter 7 is granted, and it is further;

ORDERED that the Chapter 7 bankruptcy petition filed by the Debtor Todd Ruffalo, Jr. under the Case No. 22-22479, is dismissed with prejudice for cause, and it is further,

ORDERED that the Debtor Todd Ruffalo, Jr. is hereby enjoined from causing any filing in Bankruptcy Court concerning or relating to the real property located at 9 Pleasant Avenue

White Plains, New York 10605, *and the filing of any new case or pleading in Bankruptcy Court will not operate to impose an automatic stay as to the real property located at 9 Pleasant Avenue White Plains, New York 10605, which was the subject of prior proceedings in state court that resulted in the entry of a judgement of foreclosure and the sale of the real property and the real property no longer being property of the Debtor*; and it is further

ORDERED, *consistent with the prior ruling of Judge Drain that denied reopening of the Debtor's prior bankruptcy cases,* ~~that~~ the following Debtor's Motions are denied in their entirety:

1. 22-22479-shl   Todd Ruffalo, Jr.   *Ch. 7*
   - Doc. #42 Debtor's Motion To Sever/Divide/Split And Join Cases And For Other Relief.

2. 18-23837-rdd   Todd Ruffalo   *Ch. 7*
   - Doc. #69 Debtor's Motion To Reopen Case And Motion To Waive The Filing Fee;
   - Doc. #70 Debtor's Motion To Sever/Divide/Split And Join Cases And For Other Relief;

3. 18-22763-rdd   Todd Ruffalo   *Ch. 7*
   - Doc. #52 Debtor's Motion To Reopen Case And Motion To Waive The Filing Fee;
   - Doc. #55 Debtor's Motion To Sever/Divide/Split And Join Cases And For Other Relief;

4. 17-23530-rdd   Todd Ruffalo   *Ch. 7*

- Doc. #43 Debtor's Motion To Reopen Case And Motion To Waive The Filing Fee;

- Doc. #44 Debtor's Motion To Sever/Divide/Split And Join Cases And For Other Relief

Dated: White Plains, New York
      September 28, 2022

                                    */s/ Sean H. Lane*
                              UNITED STATES BANKRUPTCY JUDGE

**Copies to:**

**By U.S. Mail:**

Todd Ruffalo, Jr.
P.O. Box 1596
White Plains, N.Y. 10602

Todd Ruffalo, Jr.
P.O. 1696
White Plains, N.Y. 10602

**By Electronic Mail:**

taxman1912@outlook.com