```
MIME-Version:1.0
From:nysbinfo@nysb.uscourts.gov
To:courtmail@localhost.localdomain
Bcc: USTPRegion02.NYECF@USDOJ.GOV, info@ch13kp.com, kpreuss13@ecf.epiqsystems.com, lgadomski@ecf.courtdrive.com, lgad
Do not notice for BK case:

Message-Id:<20638906@nysb.uscourts.gov>
Subject:NEF: 23-22041-cgm Ch13 Text Order - Denying Relief Requested Via Letter Without Prejudice Re: Susan S Ruffalo
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Admin entered on 2/10/2023 at 9:55 AM and filed on 2/10/2023
**Case Name:**     Susan S Ruffalo
**Case Number:**   23-22041-cgm
**Document Number:** 24

**Docket Text:**
**ORDERED** that the request to adjourn the matters currently scheduled to be heard on February 22, 2023 in this matter is denied. All matters will go forward as scheduled. So Ordered. /s/ Cecelia G. Morris (related document(s)[22])

*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*
**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002 and other applicable law.**
File the Certificate of Service and relate it to this Order entry.

(Admin)

The following document(s) are associated with this transaction:


**23-22041-cgm Notice will be electronically mailed to:**

James G Dibbini on behalf of Creditor Bridge Stone Realty, LLC
mhinton@dibbinilaw.com

Kathy McCullough McCullough Day on behalf of Creditor Ford Motor Credit Company LLC
lgadomski@schillerknapp.com, lgadomski@ecf.courtdrive.com

Krista M. Preuss
info@ch13kp.com, kpreuss13@ecf.epiqsystems.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

**23-22041-cgm Notice will not be electronically mailed to:**

Susan S Ruffalo
P.O.Box 1696
White Plains, NY 10602