# Frances Fredericks

| | |
|---|---|
| **From:** | Pandagirl823 <pandagirl823@aol.com> |
| **Sent:** | Monday, April 03, 2023 11:05 AM |
| **To:** | Frances Fredericks |
| **Subject:** | Other important issues |

**CAUTION - EXTERNAL:**

Dear Frances:

Can you please move the hearing on 4/26 from 9:00 to 3:00pm. We never received a notice of appearance from Devon Salts which we would like a copy of and we never receive a notice from CGM's decision in the mail, don't understand why we didn't.

Thanks

Susan Ruffalo

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.