# Frances Fredericks

| | |
|---|---|
| **From:** | Pandagirl823 <pandagirl823@aol.com> |
| **Sent:** | Sunday, April 09, 2023 8:54 PM |
| **To:** | Frances Fredericks |
| **Subject:** | Fw: Other important issues |

<mark>**CAUTION - EXTERNAL:**</mark>

MY HOME HAS BEEN BURGLARIZED   ALL OF MY BELONGS HAVE BEEN STOLEN  INCLUDING ONE LAPTOP COMPUTER, 2 PCS AND A DELL PRINTER.  THE CHAPTER 13 TRUSTEES OFFICE HAS NOT RESPONDED IN WRITING AND DOES NOT RESPOND TO ANYTHING I HAVE SENT THEM IN WRITING.  THIS IS HIGHLY UNPROFESSIONAL AMONG OTHER THINGS.

A POLICE REPORTING IS IN PENDING STATUS ON THE BURGLARY.  THE TRUSTEE IS CARELESSLY AT THE VERY LEAST, NOT STARTING AN ADVERSARY ACTION AGAINST PARTIES THAT OWE MONEY TO THE DEBTORS ESTATE TO PAY SECURED CREDITORS AND UNSECURED CREDITORS.

FOR EXMPLE, HIGHLAND TITLE AGENCY OUT OF JERICHO, NY WHICH THE OWNER AND WHOEVER THE TITLE CLOSER WAS, PRODUCED A FRAUDULENT AND LIMITED TITLE SEARCH REPORT ON MY HOME FROMA FRAUDULENT LISTING PLACED ON THE INTERNET BY A CHRISTOPHER A. ROSE, A REALTOR.  THERE IS MORE TO THIS INCIDENT/CRIME IN PROGRESS WHICH THE TRUSTEES OFFICE HAS A SUMMARY LIST OF PARTIES WHO OWE THE DEBTORS ESTATE MILLIONS OF DOLLARS.

THIS OBVIOUSLY WILL ENHANCE THE DEBTORS ESTATE FOR WHICH IN TURN THIS OFFICE SEEMS TO BE IGNORING, TO SAY THE LEAST.

I HAVE SEEN PLENTY OF CASES WHERE TRUSTEES FILES ADVERSARY PROCEEDINGS ON BEHALF OF THE DEBTOR TO PAY SECURED AND UNSECURED CREDITORS.  OBVIOUSLY, VALID SECURED CREDITORS GET PAID BEFORE A VALID UNSECURED CREDITOR.

TO RECAP, YOU HAVE A COPY OF AN UPDATED COPY OF ABSTRACT OF TITLE ON MY HOME.  THIS THE VIDENCE FURTHER ESTABLISHES THAT THIS BRIDGESTONE REALTY LLC DID NOT HAVE VALID TITLE TO MY PROPERTY.

ON FEB 22, 2023, NOBODY APPEARED FROM DIBBINI LAW FIRM ON BEHALF OF BRIDGESTONE REALTY LLC OR THE OWNER.  FURTHER DEVON SALTS IS NOT THE ATTORNEY OF RECORD FOR BRIDGESTONE REALTY AND THE OWNER.

ERGO, DEVON SALTS MADE AN APPEARANCE UNDER FALSE PRETENSES ON FEB. 22 IN THIS CASE WHICH IS DISBARABLE CONDUTCT AMONG OTHER THINGS.  THE STAY NEEDS TO BE RESTORED TO MY PROPERTY IMMEDIATELY.  THE TRUSTEE SHOULD ALSO BE SUING THE ATTORNEYS THAT I PAID THOUSANDS OF DOLLARS TO WHICH HE ALREADY HAS THEIR NAMES AND TO MY KNOWGEDGE, THEY ARE NOT SUING THEM AS WELL TO ENHANCE THE DEBETORS ESTATE.

I UNDERSTAND I AM SUPPOSED TO PAY A $50.00 FEE EVERY MONTH TO KRISTA PRUESS AT AND ADDRESS SOMEWHERE IN TENNESSEE FOR WHICH I WAS NEVER SENT ANYTHING IN WRITING AS WELL FROM HER OFFICE.  VICTORIA DUGAN HAS NOT RESPONDED IN WRITING BACK TO ME AS WELL FROM THIS OFFICE.

I SHOULD HAVE RECEIVED ALL ALLEGED SECURED AND UNSECURED CLAIMS FILE AND I HAVE NOT.  I RECEIVED ONE NOTICE OF APPEARANCE FROM FORD AND THAT IS IT.  I HAVE TO SAY THAT THIS OFFICE IS BEING RUN VERY DISFUNCTIONAL.

THERE ARE ADDITIONAL NEW PARTIES TO SUE AS WELL THAT I CAN PROVIDE FOR YOU TO ENHANCE THE DEBTORS ESTATE.

LASTLY, PLEASE RESPOND BACK TO ME, THIS IS AN URGENT SITUATION.

REGARDS,  SUSAN RUFFALO


----- Forwarded Message -----
**From:** Pandagirl823 <pandagirl823@aol.com>
**To:** Frances Fredericks <frances_fredericks@nysb.uscourts.gov>
**Sent:** Monday, April 3, 2023 at 11:05:02 AM EDT
**Subject:** Other important issues

Dear Frances:

Can you please move the hearing on 4/26 from 9:00 to 3:00pm.  We never received a notice of appearance from Devon Salts which we would like a copy of and we never receive a notice from CGM's decision in the mail, don't understand why we didn't.

Thanks

Susan Ruffalo

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.