**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Susan S Ruffalo  CASE NO.: 23–22041–cgm
 aka   Susan Schmidt

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER: 13
xxx–xx–7087

---

# Notice Of Rescheduling Hearing

Notice Of Rescheduling The Hearing 04/26/2023 Re: All Matters Scheduled On 04/26/2023 Will Be Heard At 3:00 PM,(related document(s)[5]); Participants must register their appearance using the Bankruptcy Courts eCourt Appearance tool at least 48 hours before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Courts website athttps://www.nysb.uscourts.gov/ecourt–appearances.The Court will circulate the Zoom information via email prior to the hearing. Participants who fail to register timely must appear in person at 355 Main Street, Poughkeepsie, New York; With A Hearing To Be Held On 04/26/2023 At 03:00 PM at Videoconference (ZoomGov) (CGM). (Mercado, Tracey).

Dated: April 11, 2023                                Vito Genna
                                                     Clerk of the Court