| From: | Pandagirl823 <pandagirl823@aol.com> |
|---|---|
| Sent: | Sunday, July 23, 2023 2:40 PM |
| To: | |
| Cc: | |
| Subject: | Sue Ruffalo- Chapter 13 |

**CAUTION - EXTERNAL:**

Dear Frances:

In response to this untrue, misleading, and odious brief from "Rebecca Richards", please be advised as follows:

This entire brief, 32 paragraphs are untruthful, false, and abysmal.

Mine and my families home was burglarized connected to some other violent crimes where all of our personal property was stolen.

I am very sure I made the court aware of this through Frances Fredericks and Tom Frost.

Rebecca Richards excludes intentionally or unintentionally these crimes in progress.

To recap this "Devon Salts" is not legally a party to this bankruptcy case in any way shape or form.

Yet she appeared under false pretenses in court by phone on Feb 22, 2023 and lied to the court and said that she represented the party that stole mine and my family's home off the internet at an illegal closing in the Bronx, NY on 1/11/22.

All the papers from the Dibbini Firm were untruthful, misleading,and fraud.

His client never had valid title to mine and my family's home and the updated abstract of title further establishes that they do not have valid title to the subject premises.

I also indeed filed and completed the first Credit Counseling Course, which I sent a copy to Frances Fredericks.

Paragraph 24 of this brief is a flat out lie.

The proof of identification I do not have control of the administrative errors for which someone at the NY State DMV forgot to put the "O" on my last name.

I note too there is nobody according to the NY State Bar, named Rebecca Richards working for the Chapter 13 trustee.

The last payment installment in cash of $78.25, was stolen during the burglary at mine and my family's home.

Chapter 13 has a fiduciary obligation to file an adversary proceeding for a lawsuit in federal civil court to collect from parties that owe monies to enhance the debtors estate to pay valid secured and invalid unsecured creditors.

(i.e.)  Jeffrey Rosenblum, Vincent Cherico, Christopher Fromme, who stole thousands of dollars from me and my family and didn't file a single notice of appearance in court.

There are cruddy contractors that owe the debtors Estate millions of dollars in damages too. Mark A. Franzoso and his day labors, etc.

All of the conduct from the Chapter 13 trustees office has been malicious, willful and intentional among other things. The 341 meeting was also never done due to the burglary and time slot to complete this task.

Furthermore, this office is hindering, obstructing, and aiding and abetting the criminality from the named parties as well as others.

(i.e.) John Nelson, Brian Goldberg, Mahandra Persaud, Highland Title Agency, Christopher A. Rose, Joseph A. Maria who is currently suspended from practicing law, Sean Lane, who is the wolf inside the hen-house, etc.

Wherefore, the debtor has met the burden to reopen this Chapter 13 case with an adversary proceeding to be commenced forthwith and submits that this motion should be granted in its entirety.

I have already filed a complaint with the Dutchess Cty DA's office regarding the highly inapproprite actions and criminality from Cecelia Morris, Tom Frost and his staff for which is in pending status.

This case must go before someone else sua sponte and another Chapter 13 trustee from another district or to Judge Martin Glenn, or someone else be appointed to oversee this entire case and adjudicate it properly.

Respectfully submitted,

Susan Ruffalo

PS The debtor is not available in the morning of 7/26. Therefore respectfully this case must be adjourned to a different date at an afternoon time of 3:00-PM

CC: DCDAO Public Corruption Squad

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.